# MEMORANDUM DECISIONS.

ADAMS, Appellant, v. OLD DOMINION S. S. CO., Respondent. (Supreme Court, Appellate Term. November 8, 1900.) Action by George F. Adams against the Old Dominion Steamship Company. From a judgment of the general term of the city court of New York (65 N. Y. Supp. 1127) affirming a judgment for defendant, and an order denying a new trial, the plaintiff appeals. Affirmed. Hyland & Zabriskie, for appellant. Owen & Sturges, for respondent.

PER CURIAM. Judgment affirmed, with costs.

ALTMAYER et al., Respondents, v. McKEON et al., Appellants. (Supreme Court, Appellate Division, First Department. July 17, 1900.) Action by Nathaniel Altmayer and another against Patrick J. McKeon and another. C. E. Thornall, for appellants. E. Blumenstiel, for respondents. No opinion. Order affirmed, with $10 costs and disbursements.

AMER et al., Respondents, v. FOLK et al., Appellants. (Supreme Court, Appellate Term. November 9, 1900.) Action by Edward C. Amer and another against John Folk and another. From a judgment and order of the general term of the city court (65 N. Y. Supp. 1127) affirming a judgment for plaintiffs, defendants appeal. Affirmed. Hastings & Gleason, for appellants. Blumensteil & Hirsch, for respondents.

PER CURIAM. The only question in this case was whether there had been an accord and satisfaction between the parties. This issue was submitted to the jury by a charge which correctly followed the opinion delivered when this case was here on a former appeal. Amer v. Folk, 28 Misc. Rep. 508, 59 N. Y. Supp. 532. The evidence was conflicting, and amply supported the judgment rendered against the defendants. The order denying the defendants' motion to set aside the verdict is not appealable to this court. Judgment affirmed, with costs.

ARNOLD, Town Supervisor, v. FORD. (Supreme Court, Appellate Division, Third Department. September 11, 1900.) Action by J. Howard Arnold, as supervisor of the town of Clifton Park, against William T. Ford. No opinion. Motion denied.

ASTOR, Appellant, v. MOSS, Respondent. (Supreme Court, Appellate Division, First Department. July 17, 1900.) Action by William W. Astor against Theo Moss. J. S. Montgomery, for appellant. M. Cohen, for respondent. No opinion. Appeal dismissed.

In re BALDWIN. (Supreme Court, Appellate Division, Fourth Department. July 24, 1900.) In the matter of the estate of Henry Baldwin, deceased. No opinion. Motion to substitute Charles Stubbs as administrator of estate of James Stubbs, deceased, granted.

BALDWIN'S BANK OF PENN YAN, Appellant, v. DIXON et al., Respondents. (Supreme Court, Appellate Division, Fourth Department. September 25, 1900.) Action by Baldwin's Bank of Penn Yan against Edward S. Dixon and another. No opinion. Judgment affirmed, with costs.

BALL, Appellant, v. WILLIAMS et al., Respondents. (Supreme Court, Appellate Division, Fourth Department. October 2, 1900.) Action by Lydia M. Ball against Sarah Williams and others. No opinion. Judgment and order affirmed, with costs.

BANK, Appellant, v. MARKOWITZ, Respondent. (Supreme Court, Appellate Division, First Department. November 9, 1900.) Action by Samuel Bank, by his guardian, against Herman Markowitz. From an order granting defendant's motion to set aside judgment in favor of plaintiff and awarding a new trial (65 N. Y. Supp. 369), plaintiff appeals. Affirmed. Joseph Wilkenfeld, for appellant. Max Altmayer, for respondent.

O'BRIEN, J. For the reasons stated in the opinion of the court below, the order appealed from should be affirmed, with costs. All concur, except VAN BRUNT, P. J., and INGRAHAM, J., who dissent.

BARNUM, Respondent, v. BARNUM, Appellant. (Supreme Court, Appellate Division, First Department. November 9, 1900.) Action for divorce by Sarah A. Barnum against Rhilo F. Barnum. From a judgment awarding plaintiff a limited divorce, and directing defendant to pay plaintiff $50 per month, defendant appeals. Modified. William P. Burr, for appellant. John C. Coleman, for respondent.

PER CURIAM. The judgment should be modified by reducing the amount of alimony to $20 a month, and, as so modified, it should be affirmed, without costs.

BATTINI, Appellant, v. McNAB, Respondent. (Supreme Court, Appellate Division, Fourth Department. September 18, 1900.) Action by Paul Battini against William J. McNab. No opinion. Judgment affirmed, with costs.

BAUER, Appellant, v. EIRICH et al., Respondents. (Supreme Court, Appellate Division, Second Department. October 12, 1900.)

Action by John Bauer against Otto Eirich and another. Judgment of the municipal court affirmed by default, with costs.

BEARD, Respondent, v. BEARD et al., Appellants. (Supreme Court, Appellate Division, Second Department. October 12, 1900.) Action by Emma C. Beard against William Beard and others. Judgment of the municipal court affirmed on argument, with costs.

BEAVER RIVER LUMBER CO., Respondent, v. ST. REGIS LEATHER CO. et al., Appellants. (Supreme Court, Appellate Division, Fourth Department. July 24, 1900.) Action by the Beaver River Lumber Company against the St. Regis Leather Company and Frank A. Cutting. No opinion. Judgment affirmed, with costs.

BEAVER RIVER LUMBER CO. v. ST. REGIS LEATHER CO. (Supreme Court, Appellate Division, Fourth Department. September 18, 1900.) Action by the Beaver River Lumber Company against the St. Regis Leather Company. No opinion. Motion for leave to appeal to the court of appeals denied, with $10 costs.

BECKER, Respondent, v. WEIDENFELD et al., Appellants. (Supreme Court, Appellate Division, Second Department. October 5, 1900.) Action by Peter W. Becker against Camille Weidenfeld, individually, and Thomas W. Lawson and Camille Weidenfeld, composing the firm of Lawson, Weidenfeld & Co. No opinion. Judgment affirmed on argument, with costs.

BECKWITH, Respondent, v. CHICAGO AGRICULTURAL IRON WORKS, Appellant. (Supreme Court, Appellate Division, First Department. July 17, 1900.) Action by Dean A. Beckwith against the Chicago Agricultural Iron Works. W. Sutphen, for appellant. J. H. Hildreth, for respondent. No opinion. Judgment affirmed, with costs.

BEECHER, Respondent, v. LONG ISLAND R. CO., Appellant. (Supreme Court, Appellate Division, Second Department. July 17, 1900.) Action by Anna M. Beecher as executrix, etc., against the Long Island Railroad Company. No opinion. Motion for reargument denied.

BEECHER, Respondent, v. LONG ISLAND R. CO., Appellant. (Supreme Court, Appellate Division, Second Department. July 23, 1900.) Action by Anna M. Beecher, as executrix, etc., against the Long Island Railroad Company. No opinion. Motion for leave to appeal to the court of appeals denied.

BEHRENBURG, Respondent, v. FUNK, Appellant. (Supreme Court, Appellate Division, Second Department. July 23, 1900.) Action by Bernhardt Behrenburg against Jacob Funk. No opinion. Judgment of the municipal court affirmed, with costs.

BELL v. VALENTE. (Supreme Court, Appellate Term. November 7, 1900.) Action by Harry W. Bell against Gabrielle Valente. From a judgment of the general term (64 N. Y. Supp. 378) affirming judgment for plaintiff, defendant appeals. Affirmed.

PER CURIAM. Judgment and order affirmed, with costs.

BEREUTER, Respondent, v. MANHATTAN R. CO., Appellant. (Supreme Court, Appellate Division, First Department. July 17, 1900.) Action by Caroline A. Bereuter, individually, etc., against the Manhattan Railroad Company. W. H. Godden, for appellant. W. G. Peckham, for respondent.

PER CURIAM. Judgment modified by reducing the amount awarded for fee damage to $1,000, and by reducing the amount allowed for rental damage to $200 per year, thus reducing the judgment as entered to $2,941.54, and, as thus modified, affirmed, without costs.

BERKOWITZ, Respondent, v. CONGREGATION STROPKOWER CHEBRA JOSEPH CLAIM ANSHEI SEPARD, Appellant. (City Court of New York, General Term. October 29, 1900.) Action by Morris Berkowitz against the Congregation Stropkower Chebra Joseph Claim Anshei Separd to recover the value of certain alterations and repairs to a building. From a judgment in favor of the plaintiff and an order denying a new trial, defendant appeals. Affirmed. Max Brown, for appellant. Paul Hellinger, for respondent.

CONLAN, J. The action was to recover the value of certain alterations and repairs to a building. Certain things which were to be done under the original contract were varied by a subsequent contract, and it is claimed by the plaintiff that under a still further agreement there were certain extras called for, which were required to be done in compliance with certain rules and regulations fixed by law. The defendant pleads nonperformance and alleges a counterclaim. The evidence is conflicting upon the question of extra work and upon the question of performance. In the charge to the jury the whole case was presented to them under all of the contracts and on all of the evidence, and the claims of the respective parties were fully explained. That the charge was eminently satisfactory to the parties is evidenced by the fact that no exception broad enough to cover any portion of the same was taken, and only reached to the form of language employed in certain requests made by the defendant. Upon an examination of the record we do not find any errors which call for an interference with the result reached by the jury, and the judgment and order appealed from should be affirmed, with costs.

FITZSIMONS, C. J., and HASCALL, J., concur.

BIEVING, Respondent, v. NASSAU ELECTRIC R. CO., Appellant. (Supreme Court, Appellate Division, Second Department. October 5, 1900.) Action by Frederick Bieving